IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

DEMANI JAWARA BOSKET
      PETITIONER

Vs.

UNITED STATES OF AMERICA
      RESPONDENT

CIVIL #.8:10cv70154
8:07-cr-01362

## NOTICE OF APPEAL

Notice is hereby given that Demani J. Bosket in the above named case, hereby appeal to the U.S. Court of Appeals for the Fourth Circuit from the final judgement of opinion dismissed motion under 28 U.S.C.§2255 to vacte, set aside, or correct sentence pursuant to person in Federal Custody entered in the District Court on April 1, 2010 by Honorable G. Ross Anderson Jr. Senior U.S. District Judge and Denied a certificate of appealability on April 1, 2010. (See Exhibit-1-).

4-15-2010

Respectfully Submitted;

Demani J. Bosket
Demani Jawara Bosket
Reg.# 16046-171
FCI Petersburg(Low)
P.O.Box 1000
Petersburg, Va.23804-1000

## CERTIFICATE OF APPEALABILITY[2]

The governing law provides that:

> (c)(2) A certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right.
>
> (c)(3) The certificate of appealability . . . shall indicate which specific issue or issues satisfy the showing required by paragraph (2).

28 U.S.C. § 2253(c). A prisoner satisfies this standard by demonstrating that reasonable jurists would find this court's assessment of his constitutional claims is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. *See Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Rose v. Lee*, 252 F.3d 676, 683 (4th Cir. 2001). In this case, the legal standard for the issuance of a certificate of appealability has not been met. Therefore, a certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

G. Ross Anderson, Jr.
Senior United States District Judge

---

[2] On December 1, 2009, the Rules Governing Section 2254 and 2255 Cases in the United States District Courts were amended to require a District Court to issue or deny a certificate of appealability when a final ruling on a habeas petition is issued. *See* 28 U.S.C. § 2254, Rule 11(a); 28 U.S.C. § 2255, Rule 11(a). This amendment also encompasses motions to reconsider final rulings on habeas petitions. *See U.S. v. Haynes*, No. 09-7606, 2009 WL 4506466 (4th Cir. Dec. 9, 2009).



USDC CLERK, GREENVILLE, SC
RECEIVED
2010 MAY -5  A 9 41

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

PATRICIA S. CONNOR
CLERK

TELEPHONE
(804) 916-2700

May 3, 2010

Larry W. Propes, Clerk
U.S. District Court
District of South Carolina
P. O. Box 10768
Greenville, SC 29603-0768

RE: **USA v. Bosket**
8:07-cr-01362-GRA-1

Dear Mr. Propes:

The enclosed notice of appeal was received by this Court on April 23, 2010.

In accordance with Rule 4(d) of the Federal Rules of Appellate Procedure, the notice has been date stamped and is being forwarded to your court for appropriate disposition.

Yours truly,

Patricia S. Connor

PSC:dlg
Enclosure

cc:  Demani Jawara Bosket (w/ stamped 1st page)
     #16046-171
     FCI Petersburg (Low)
     P.O. Box 1000
     Petersburg, VA  23804-1000

4/15/2010

Dear Clerk

Can you please send me a stamped filed copy back.

Thank You

RECEIVED
2010 APR 23 AM 9:36
U.S. COURT OF APPEALS
FOURTH CIRCUIT



Demani Bosket
16046-171
FCI Petersburg Low
PO Box 1000
Petersburg, Virginia 23804-1000

LEGAL MAIL

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517

RECEIVED BY
FCC PETERSBURG, VA

FCI PETERSBURG
P.O. BOX 90026
PETERSBURG VA 23804
DATE:

The enclosed letter was processd through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee please return the enclosure to the above address.