UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

RECEIVED
USDC CLERK, GREENVILLE, SC

2011 JUN 22 A 9: 49

| | |
|---|---|
| DEMANI JAWARA BOSKET ) | |
|     Petitioner, ) | C/A No; 8:10-70154 |
| ) | |
| V. ) | Crim. No. 8:07-1362 A |
| ) | |
| UNITED STATES OF AMERICA ) | |
|     Respondents, ) | |

NOTICE OF APPEAL FROM A JUDGMENT IN A CIVIL ACTION

(2255)

Comes now the Petitioner, Demani Jawara Bosket, Pro-se without counsel. interposing <u>Haines v. Kerner</u> 404 U.S. 519, " ALL RIGHTS RESERVED"". Does respectfully give notice of his claim of appeal to the Court of Appeals for the Fourth Circiut from the judgment granting the government's motion for summary judgment and dismissing the Petitioner's 2255, on June 6, 2011. By the Honorable G. Ross Anderson Jr.

Respectfully submitted by,

*Demani J. Bosket*
Demani Jawara Bosket, Pro-se

This 15th day of June in the year of our lord Twenty Elevin



RECEIVED
USDC CLERK GREENVILLE, SC
2011 JUN 22 A 9: 49